UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION

BRIAN THEOPHILUS AND STACEY THEOPHILUS

                                    Plaintiffs,

- against -

A RUSSO WRECKING, ET. AL.,

SEE ATTACHED RIDER,

                                    Defendants.

**21 MC 100 (AKH)**

DOCKET NO.

**CHECK-OFF ("SHORT FORM")
COMPLAINT
RELATED TO THE
MASTER COMPLAINT**

**PLAINTIFF(S) DEMAND A TRIAL BY JURY**

By Order of the Honorable Alvin K. Hellerstein, United States District Judge, dated June 22, 2006, ("the Order"), Amended Master Complaints for all Plaintiffs were filed on August 18, 2006.

NOTICE OF ADOPTION

All headings and paragraphs in the Master Complaint are applicable to and are adopted by the instant Plaintiff(s) as if fully set forth herein in addition to those paragraphs specific to the individual Plaintiff(s), which are listed below. These are marked with an '☑' if applicable to the instant Plaintiff(s), and specific case information is set forth, as needed, below.

Plaintiffs, BRIAN THEOPHILUS AND STACEY THEOPHILUS, by his/her/their attorneys WORBY GRONER EDELMAN & NAPOLI BERN, LLP, complaining of Defendant(s), respectfully allege:

## I. PARTIES

### A. PLAINTIFF(S)

1.   ☑ Plaintiff, BRIAN THEOPHILUS (hereinafter the "Injured Plaintiff"), is an individual and a citizen of New York residing at 31 Reed Court, Washingtonville, NY 10992-.

                                (OR)

2.   Alternatively, ☐ _____ is the _____ of Decedent _____, and brings this claim in his (her) capacity as of the Estate of _____.

*Please read this document carefully.*
*It is very important that you fill out each and every section of this document.*

3. ☑ Plaintiff, Stacey Theophilus (hereinafter the "Derivative Plaintiff'), is a citizen of New York residing at 31 Reed Court, Washingtonville, NY 10992-, and has the following relationship to the Injured Plaintiff:

  ☑ SPOUSE at all relevant times herein, is and has been lawfully married to Plaintiff BRIAN THEOPHILUS, and brings this derivative action for her (his) loss due to the injuries sustained by her husband (his wife), Plaintiff BRIAN THEOPHILUS.
  ☐ Parent ☐ Child ☐ Other: _____

4. In the period from 9/12/2001 to 12/31/2001 the Injured Plaintiff worked for New York Police Department (NYPD) as a Police Officer at:

*Please be as specific as possible when filling in the following dates and locations*

=====================================
☑ The World Trade Center Site
Location(s) (*i.e.,* building, quadrant, etc.)_____
_____
From on or about _9/12/2001_ until _12/31/2001_;
Approximately _12_ hours per day; for
Approximately _35_ days total.
=====================================
☐ The New York City Medical Examiner's Office
From on or about _____ until _____,
Approximately _____ hours per day; for
Approximately _____ days total.
=====================================
☐ The Fresh Kills Landfill
From on or about _____ until _____;
Approximately _____ hours per day; for
Approximately _____ days total.
=====================================

=====================================
☐ The Barge
From on or about _____ until _____;
Approximately _____ hours per day; for
Approximately _____ days total.
=====================================
☐ **Other:*** For injured plaintiffs who worked at Non-WTC Site building or location. The injured plaintiff worked at the address/location, for the dates alleged, for the hours per day, for the total days, and for the employer, as specified below:

From on or about _____ until _____;
Approximately _____ hours per day; for
Approximately _____ days total;
Name and Address of Non-WTC Site Building/Worksite: _____
_____

*Continue this information on a separate sheet of paper if necessary. If more space is needed to specify "Other" locations, please annex a separate sheet of paper with the information.

5. Injured Plaintiff

 ☑ Was exposed to and breathed noxious fumes on all dates, at the site(s) indicated above;

 ☑ Was exposed to and inhaled or ingested toxic substances and particulates on all dates at the site(s) indicated above;

 ☑ Was exposed to and absorbed or touched toxic or caustic substances on all dates at the site(s) indicated above;

 ☑ Other: Not yet determined._____

*Please read this document carefully.*
*It is very important that you fill out each and every section of this document.*

6. Injured Plaintiff

  ☑ Has not made a claim to the Victim Compensation Fund. Pursuant to §405(c)(3)(B)(i) of the Air Transportation Safety and System Stabilization Act, 49 U.S.C. § 40101, the issue of waiver is inapplicable.

  ☐ Made a claim to the Victim Compensation Fund that was denied. Pursuant to § 405(c)(3)(B)(i) of the Air Transportation Safety and System Stabilization Act, 49 U.S.C. § 40101, the issue of waiver is inapplicable.

  ☐ Made a claim to the Victim Compensation Fund, that was subsequently withdrawn by Ground-Zero Plaintiff. Pursuant to § 405(c)(3)(B)(i) of the Air Transportation Safety and System Stabilization Act, 49 U.S.C. § 40101, the issue of waiver is inapplicable.

  ☐ Made a claim to the Victim Compensation Fund that was granted. Pursuant to § 405(c)(3)(B)(i) of the Air Transportation Safety and System Stabilization Act, 49 U.S.C. § 40101, Ground Zero-Plaintiff has waived her/his right(s) to pursue any further legal action for the injuries identified in said claim.

***Please read this document carefully.***
***It is very important that you fill out each and every section of this document.***

### B. DEFENDANT(S)

The following is a list of all Defendant(s) named in the Master Complaint. If checked, all paragraphs pertaining to that Defendant are deemed pleaded herein.

- ☐ THE CITY OF NEW YORK
  - ☐ A Notice of Claim was timely filed and served on _____ and
  - ☐ pursuant to General Municipal Law §50-h the CITY held a hearing on _____ (OR)
  - ☐ The City has yet to hold a hearing as required by General Municipal Law §50-h
  - ☐ More than thirty days have passed and the City has not adjusted the claim
  (OR)
  - ☐ An Order to Show Cause application to
  - ☐ deem Plaintiff's (Plaintiffs') Notice of Claim timely filed, or in the alternative to grant Plaintiff(s) leave to file a late Notice of Claim *Nunc Pro Tunc* (for leave to file a late Notice of Claim *Nunc Pro Tunc*) has been filed and a determination
    - ☐ is pending
    - ☐ Granting petition was made on _____
    - ☐ Denying petition was made on _____

======================================
- ☐ PORT AUTHORITY OF NEW YORK AND NEW JERSEY ["PORT AUTHORITY"]
  - ☐ A Notice of Claim was filed and served pursuant to Chapter 179, §7 of The Unconsolidated Laws of the State of New York on
  - ☐ More than sixty days have elapsed since the Notice of Claim was filed, (and)
    - ☐ the PORT AUTHORITY has adjusted this claim
    - ☐ the PORT AUTHORITY has not adjusted this claim.

======================================
- ☐ 1 WORLD TRADE CENTER, LLC
- ☐ 1 WTC HOLDINGS, LLC
- ☐ 2 WORLD TRADE CENTER, LLC
- ☐ 2 WTC HOLDINGS, LLC
- ☐ 4 WORLD TRADE CENTER, LLC
- ☐ 4 WTC HOLDINGS, LLC
- ☐ 5 WORLD TRADE CENTER, LLC
- ☐ 5 WTC HOLDINGS, LLC
- ☐ 7 WORLD TRADE COMPANY, L.P.

- ☑ A RUSSO WRECKING
- ☑ ABM INDUSTRIES, INC.
- ☑ ABM JANITORIAL NORTHEAST, INC.
- ☑ AMEC CONSTRUCTION MANAGEMENT, INC.
- ☑ AMEC EARTH & ENVIRONMENTAL, INC.
- ☑ ANTHONY CORTESE SPECIALIZED HAULING, LLC, INC.
- ☑ ATLANTIC HEYDT CORP
- ☑ BECHTEL ASSOCIATES PROFESSIONAL CORPORATION
- ☑ BECHTEL CONSTRUCTION, INC.
- ☑ BECHTEL CORPORATION
- ☑ BECHTEL ENVIRONMENTAL, INC.
- ☑ BERKEL & COMPANY, CONTRACTORS, INC.
- ☑ BIG APPLE WRECKING & CONSTRUCTION CORP
- ☐ BOVIS LEND LEASE, INC.
- ☑ BOVIS LEND LEASE LMB, INC.
- ☑ BREEZE CARTING CORP
- ☑ BREEZE NATIONAL, INC.
- ☑ BRER-FOUR TRANSPORTATION CORP.
- ☑ BURO HAPPOLD CONSULTING ENGINEERS, P.C.
- ☑ C.B. CONTRACTING CORP
- ☑ CANRON CONSTRUCTION CORP
- ☐ CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.
- ☑ CORD CONTRACTING CO., INC
- ☐ CRAIG TEST BORING COMPANY INC.
- ☑ DAKOTA DEMO-TECH
- ☑ DIAMOND POINT EXCAVATING CORP
- ☑ DIEGO CONSTRUCTION, INC.
- ☑ DIVERSIFIED CARTING, INC.
- ☑ DMT ENTERPRISE, INC.
- ☑ D'ONOFRIO GENERAL CONTRACTORS CORP
- ☑ EAGLE LEASING & INDUSTRIAL SUPPLY
- ☑ EAGLE ONE ROOFING CONTRACTORS INC.
- ☐ EAGLE SCAFFOLDING CO, INC.
- ☑ EJ DAVIES, INC.
- ☑ EN-TECH CORP
- ☐ ET ENVIRONMENTAL
- ☐ EVANS ENVIRONMENTAL

*Please read this document carefully.*
*It is very important that you fill out each and every section of this document.*

| | |
|---|---|
| ☒ EVERGREEN RECYCLING OF CORONA | ☒ SEMCOR EQUIPMENT & MANUFACTURING CORP. |
| ☒ EWELL W. FINLEY, P.C. | ☒ SILVERITE CONTRACTING CORPORATION |
| ☒ EXECUTIVE MEDICAL SERVICES, P.C. | ☐ SILVERSTEIN PROPERTIES |
| ☐ F&G MECHANICAL, INC. | ☐ SILVERSTEIN PROPERTIES, INC. |
| ☒ FLEET TRUCKING, INC. | ☐ SILVERSTEIN WTC FACILITY MANAGER, LLC |
| ☒ FRANCIS A. LEE COMPANY, A CORPORATION | ☐ SILVERSTEIN WTC, LLC |
| ☒ FTI TRUCKING | ☐ SILVERSTEIN WTC MANAGEMENT CO., LLC |
| ☒ GILSANZ MURRAY STEFICEK, LLP | ☐ SILVERSTEIN WTC PROPERTIES, LLC |
| ☒ GOLDSTEIN ASSOCIATES CONSULTING ENGINEERS, PLLC | ☐ SILVERSTEIN DEVELOPMENT CORP. |
| ☒ HALLEN WELDING SERVICE, INC. | ☐ SILVERSTEIN WTC PROPERTIES LLC |
| ☒ H.P. ENVIRONMENTAL | ☒ SIMPSON GUMPERTZ & HEGER INC |
| ☒ HUDSON MERIDIAN CONSTRUCTION GROUP, LLC F/K/A MERIDIAN CONSTRUCTION CORP. | ☒ SKIDMORE OWINGS & MERRILL LLP |
| ☒ KOCH SKANSKA INC. | ☒ SURVIVAIR |
| ☒ LAQUILA CONSTRUCTION INC | ☐ TAYLOR RECYCLING FACILITY LLC |
| ☒ LASTRADA GENERAL CONTRACTING CORP | ☒ TISHMAN INTERIORS CORPORATION, |
| ☒ LESLIE E. ROBERTSON ASSOCIATES CONSULTING ENGINEER P.C. | ☒ TISHMAN SPEYER PROPERTIES, |
| ☒ LIBERTY MUTUAL GROUP | ☒ TISHMAN CONSTRUCTION CORPORATION OF MANHATTAN |
| ☒ LOCKWOOD KESSLER & BARTLETT, INC. | ☒ TISHMAN CONSTRUCTION CORPORATION OF NEW YORK |
| ☒ LUCIUS PITKIN, INC | ☒ THORNTON-TOMASETTI GROUP, INC. |
| ☒ LZA TECH-DIV OF THORTON TOMASETTI | ☒ TORRETTA TRUCKING, INC |
| ☒ MANAFORT BROTHERS, INC. | ☒ TOTAL SAFETY CONSULTING, L.L.C |
| ☒ MAZZOCCHI WRECKING, INC. | ☒ TUCCI EQUIPMENT RENTAL CORP |
| ☒ MORETRENCH AMERICAN CORP. | ☒ TULLY CONSTRUCTION CO., INC. |
| ☒ MRA ENGINEERING P.C. | ☐ TULLY ENVIRONMENTAL INC. |
| ☒ MUESER RUTLEDGE CONSULTING ENGINEERS | ☐ TULLY INDUSTRIES, INC. |
| ☒ NACIREMA INDUSTRIES INCORPORATED | ☐ TURNER CONSTRUCTION CO. |
| ☒ NEW YORK CRANE & EQUIPMENT CORP. | ☒ TURNER CONSTRUCTION COMPANY |
| ☒ NICHOLSON CONSTRUCTION COMPANY | ☒ ULTIMATE DEMOLITIONS/CS HAULING |
| ☒ PETER SCALAMANDRE & SONS, INC. | ☒ VERIZON NEW YORK INC, |
| ☐ PHILLIPS AND JORDAN, INC. | ☒ VOLLMER ASSOCIATES LLP |
| ☒ PINNACLE ENVIRONMENTAL CORP | ☐ W HARRIS & SONS INC |
| ☒ PLAZA CONSTRUCTION CORP. | ☒ WEEKS MARINE, INC. |
| ☒ PRO SAFETY SERVICES, LLC | ☒ WEIDLINGER ASSOCIATES, CONSULTING ENGINEERS, P.C. |
| ☒ PT & L CONTRACTING CORP | ☒ WHITNEY CONTRACTING INC. |
| ☐ REGIONAL SCAFFOLD & HOISTING CO, INC. | ☒ WOLKOW-BRAKER ROOFING CORP |
| ☒ ROBER SILMAN ASSOCIATES | ☒ WORLD TRADE CENTER PROPERTIES, LLC |
| ☒ ROBERT L GEROSA, INC | ☒ WSP CANTOR SEINUK GROUP |
| ☒ RODAR ENTERPRISES, INC. | ☒ YANNUZZI & SONS INC |
| ☒ ROYAL GM INC. | ☒ YONKERS CONTRACTING COMPANY, INC. |
| ☒ SAB TRUCKING INC. | ☒ YORK HUNTER CONSTRUCTION, LLC |
| ☒ SAFEWAY ENVIRONMENTAL CORP | ☒ ZIEGENFUSS DRILLING, INC. |
| ☒ SEASONS INDUSTRIAL CONTRACTING | ☐ OTHER: _____ |

*Please read this document carefully.*
*It is very important that you fill out each and every section of this document.*

☐ Non-WTC Site Building Owner
    Name: _____
    Business/Service Address: _____
    Building/Worksite Address: _____
☐ Non-WTC Site Lessee
    Name: _____
    Business/Service Address: _____
    Building/Worksite Address: _____

☐ Non-WTC Site Building Managing Agent
    Name: _____
    Business/Service Address: _____
    Building/Worksite Address: _____

*Please read this document carefully.*
*It is very important that you fill out each and every section of this document.*

273   15368

## II. JURISDICTION

The Court's jurisdiction over the subject matter of this action is:

☑ Founded upon Federal Question Jurisdiction; specifically; ☑; Air Transport Safety & System Stabilization Act of 2001, (or); ☐ Federal Officers Jurisdiction, (or); ☐ Other (specify): _____; ☐ Contested, but the Court has already determined that it has removal jurisdiction over this action, pursuant to 28 U.S.C. § 1441.

## III  CAUSES OF ACTION

Plaintiff(s) seeks damages against the above named defendants based upon the following theories of liability, and asserts each element necessary to establish such a claim under the applicable substantive law:

| | | | |
|---|---|---|---|
| ☑ | Breach of the defendants' duties and obligations pursuant to the New York State Labor Law(s) including §§ 200 and 240 | ☑ | Common Law Negligence, including allegations of Fraud and Misrepresentation |
| ☑ | Breach of the defendants' duties and obligations pursuant to the New York State Labor Law 241(6) | | ☑ Air Quality; <br> ☑ Effectiveness of Mask Provided; <br> ☐ Effectiveness of Other Safety Equipment Provided |
| ☑ | Pursuant to New York General Municipal Law §205-a | | (specify: _____); <br> ☑ Other(specify): Not yet determined. |
| ☑ | Pursuant to New York General Municipal Law §205-e | ☐ | Wrongful Death |
| | | ☑ | Loss of Services/Loss of Consortium for Derivative Plaintiff |
| | | ☐ | Other: _____ |

*Please read this document carefully.*
*It is very important that you fill out each and every section of this document.*

7 of 9

273   15368

**IV CAUSATION, INJURY AND DAMAGE**

    1. As a direct and proximate result of defendant's culpable actions in the rescue and/or recovery and/or construction, renovation, alteration, demolition and all work performed at the premises, the Injured Plaintiff sustained (including, but not limited to) the following injuries:

| | | | |
|---|---|---|---|
| ☐ | Cancer Injury: <u>N/A.</u><br>Date of onset: _____<br>Date physician first connected this injury to WTC work: _____ | ☐ | Cardiovascular Injury: <u>N/A.</u><br>Date of onset: _____<br>Date physician first connected this injury to WTC work: _____ |
| ☑ | Respiratory Injury: <u>Sinusitis</u><br>Date of onset: <u>3/1/2005</u><br>Date physician first connected this injury to WTC work: <u>To be supplied at a later date</u> | ☑ | Fear of Cancer<br>Date of onset: <u>3/1/2005</u><br>Date physician first connected this injury to WTC work: <u>To be supplied at a later date</u> |
| ☐ | Digestive Injury: <u>N/A.</u><br>Date of onset: _____<br>Date physician first connected this injury to WTC work: _____ | ☑ | Other Injury: <u>N/A.</u><br>Date of onset: _____<br>Date physician first connected this injury to WTC work: _____ |

*NOTE: The foregoing is NOT an exhaustive list of injuries that may be alleged.*

    2. As a direct and proximate result of the injuries identified in paragraph "1", above, the Ground Zero-Plaintiff has in the past suffered and/or will in the future suffer the following compensable damages:

========================================================================

☑    Pain and suffering

☑    Loss of the enjoyment of life

☑    Loss of earnings and/or impairment of earning capacity

☑    Loss of retirement benefits/diminution of retirement benefits

☑    Expenses for medical care, treatment, and rehabilitation

☑    Other:
       ☑ Mental anguish
       ☑ Disability
       ☑ Medical monitoring
       ☑ Other: <u>Not yet determined.</u>_____

*Please read this document carefully.*
*It is very important that you fill out each and every section of this document.*

273    15368

======================================================================

      3. ☑    As a direct and proximate result of the injuries described *supra*, the derivative plaintiff(s), if any, have in the past suffered and/or will in the future suffer a loss of the love, society, companionship, services, affection, and support of the plaintiff and such other losses, injuries and damages for which compensation is legally appropriate.

      **WHEREFORE**, plaintiff(s) respectfully pray that the Court enter judgment in his/her/their favor and against defendant(s) for damages, costs of suit and such other, further and different relief as may be just and appropriate.

      **Plaintiff(s) demands that all issues of fact in this case be tried before a properly empanelled jury.**

Dated: New York, New York
     April 25, 2007

                             Yours, etc.,

                             **Worby, Groner Edelman & Napoli Bern, LLP**
                             Attorneys for Plaintiff(s), Brian Theophilus and Stacey Theophilus

                             By: _____
                                Christopher R. LoPalo (CL 6466)
                                115 Broadway
                                12th Floor
                                New York, New York 10006
                                Phone: (212) 267-3700

ATTORNEY VERIFICATION

CHRISTOPHER R. LOPALO, an attorney at law, duly admitted to practice in the Courts of the State of New York, affirms under the penalties of perjury that:

He is the attorney for the plaintiff(s) in the above-entitled action. That he has read the foregoing SUMMONS AND VERIFIED COMPLAINT and knows the contents thereof, and upon information and belief, deponent believes the matters alleged therein to be true.

The reason this Verification is made by deponent and not by the plaintiff(s) is that the plaintiff(s) herein reside(s) in a county other than the one in which the plaintiff's attorneys maintain their office.

The source of deponent's information and the grounds of his belief are communication, papers, reports and investigation contained in the file.


DATED:   New York, New York
         April 25, 2007

                                    _____
                                         CHRISTOPHER R. LOPALO


273   15368

Docket No:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
================================================================

BRIAN THEOPHILUS (AND WIFE, STACEY THEOPHILUS),

Plaintiff(s)

- against -

A RUSSO WRECKING, ET. AL.,

Defendant(s).
================================================================

**SUMMONS AND VERIFIED COMPLAINT**
================================================================

**WORBY GRONER EDELMAN & NAPOLI BERN, LLP**
*Attorneys for:* Plaintiff(s)
*Office and Post Office Address, Telephone*
115 Broadway - 12th Floor
New York, New York 10006
(212) 267-3700
================================================================

To
Attorney(s) for
================================================================

Service of a copy of the within
                    is hereby admitted.
Dated,
            _____
Attorney(s) for
================================================================

**PLEASE TAKE NOTICE:**

☐ **NOTICE OF ENTRY**
that the within is a (certified) true copy of an
duly entered in the office of the clerk of the within named court on_____20__

☐ **NOTICE OF SETTLEMENT**
that an order _____ of which the within is a true copy
will be presented for settlement to the HON.                               one of the
judges of the
within named Court, at
on_____20_____   at_____M.
Dated,
            Yours, etc.,
            **WORBY GRONER EDELMAN & NAPOLI BERN, LLP**
================================================================

273   15368